IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC,<br><br>    Plaintiffs,<br><br>    v.<br><br><br>RESEARCH IN MOTION LTD, and<br>RESEARCH IN MOTION CORP.,<br><br>    Defendants. | CIVIL ACTION NO. 1:11−CV−01196−LPS |

## STIPULATION OF DISMISSAL

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendants Research In Motion Limited and Research In Motion Corporation ("RIM"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Digitude's claims for relief against RIM are dismissed with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: May 3, 2012

| | |
|---|---|
| /s/Edmond D. Johnson | /s/ Richard K. Herrmann |
| Edmond D. Johnson (Del. Bar No. 2257) | Richard K. Herrmann (Del. Bar No. 405) |
| Hercules Plaza, Suite 5100 | MORRIS JAMES LLP |
| 1313 N. Market Street | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1709 | P.O. Box 2306 |
| Wilmington, Delaware 19899-1709 | Wilmington, Delaware 19801 |
| (302) 777-6500 | (302) 888-6800 |
| johnsone@pepperlaw.com | rherrmann@morrisjames.com |
| | |
| *Attorneys for Plaintiffs* | Brian R. Nester (#3581) |
| *Digitude Innovations LLC* | SIDLEY AUSTIN LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 736-8000 |
| | Facsimile: (202) 736-8711 |

*bnester@sidley.com*

David T. Pritikin (pro hac vice)
Nathaniel C. Love (pro hac vice)
SIDLEY AUSTIN
One South Dearborn
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Paul D. Tripodi II (pro hac vice)
Spencer W. Ririe (pro hac vice)
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Research In Motion Limited
And Research In Motion, Corp.*